UNITED STATES DISTRICT COURT
FOR MASSACHUSETTS

NO. 04-1685-CBS

UNITED STATES OF AMERICA

V.

ROBERT RUSCIO

SECOND MOTION TO REVISE TERMS OF RELEASE

Now comes the defendant in the above case and requests that this court revise the terms of his release to permit him to travel to Maine. Assistant United States Attorney Robert Peabody and Pretrial Services Officer Joshua Ulrich assent to this revision.

For the defendant,

EDWARD L. HAYDEN
7 FRANKLIN STREET
LYNN MA 01902
(781) 599-1190
BBO #226430

CERTIFICATE OF SERVICE

I, **EDWARD L. HAYDEN,** Attorney of record for the Defendant **ROBERT RUSCIO,** do hereby certify that I have served the foregoing, **SECOND MOTION TO REVISE TERMS OF RELEASE,** by mailing a copy, postage prepaid, to United States Attorney Robert Peabody and Pretrial Services Officer Joshua Ulrich, United States District Court, One Courthouse Way, Boston MA 02110, on the 13TH day of June, 2004.

_____
EDWARD L. HAYDEN