I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts

_____ holder of a mortgage

from Robert Ruscio, Trustee of Ruscio Nominee Realty Trust

to Clerk of the United States District Court for the District of Massachusetts

dated May 14, 2004

recorded with Essex South District _____ County Registry of Deeds

Book 22857, Page 208, acknowledge satisfaction of the same

WITNESS my hand and seal this 16 day of March, 2005

*[signature: Sarah A. Thornton]*

**SARAH A. THORNTON**

The Commonwealth of Massachusetts

Suffolk ss.                       March 16, 2005

Then personally appeared the above named SARAH A THORNTON and acknowledged the foregoing instrument to be her free act and deed

before me

*[signature: Judith A. Litwin]*
Notary Public—Justice of the Peace

My commission expires Judith A. Litwin
Notary Public
My Commission Expires
January 8, 2010